LAW OFFICES OF
# WONG, WONG & ASSOCIATES, P.C.

| | | |
|---|---|---|
| RAYMOND H. WONG * <br> VALERIE Y. C. WONG * <br> ———————— <br> CHRISTOPHER J. CAMERA * <br> ALYCIA M. SWIFT * <br> WALTER D. SANTIAGO, JR. # <br> WILLIAM YANG ‡ <br> HELEN H. WU ‡ <br> FENGYUAN CUI ‡ | 150 BROADWAY, SUITE 1588 <br> NEW YORK, NY 10038 <br> PHONE: (212) 566-8080 <br> FACSIMILE: (212) 566-8960 | NEW JERSEY OFFICE <br> 12 ROSZEL RD, STE A102 <br> PRINCETON, NJ 08540 <br> PHONE: (609) 520-1668 <br> FACSIMILE: (609) 520-1168 |

\* MEMBER NY & NJ BARS
\# MEMBER NJ BAR
‡ MEMBER NY BAR

February 27, 2017

## VIA ELECTRONIC FILING

Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: **NGEN Smoke LLC, et als. v. David Lam**
      **Case No:**

Dear Sir/Madam:

  Please find enclosed a copy of defendant David Lam's Civil Cover Sheet and Notice of Removal and any other supporting papers in the above-referenced matter.

  The $400 fee will be paid by firm credit card.

  Please feel free to call me if you have any questions. Thank you for your attention to this matter.

                Very truly yours,

                */s/ Alycia M. Swift*
                ALYCIA M. SWIFT

Enclosures
cc: David S. Hong, Esq. (Attorney for plaintiffs, Via Hand Delivery)
   Superior Court of New Jersey, Law Division, Middlesex County
   (Via Overnight Mail)
   David Lam (Via Email)