# Plosia Cohen
LAW FIRM

James L. Plosia Jr
Jonathan F. Cohen
Joseph D. Youssouf*
David J. Ulric

Chester Woods Complex
385 Route 24, Suite 3G
Chester, NJ 07930

(908) 888-2547 (p)
(908) 888-2548 (f)
www.pclawnj.com
*Of Counsel

*ORDER* ✶

Writer's Email: Jcohen@pclawnj.com

March 30, 2017

*Via Electronic Filing*
Magistrate Douglas E. Arpert
U.S. District Court
District of New Jersey
402 East State Street Room 2020
Trenton, NJ 08608

    Re:    Ngen Smoke LLC, et al v. David Lam
           Civil Docket No.: 3:17-cv-01340-PGS-DEA

Dear Magistrate Arpert:

This law firm represents Plaintiffs/Counter-Defendants Ryan Eng, Eric Wong and Ngen Smoke ("Ngen Smoke") in the above-captioned matter. Pursuant to my conversations with Alicia Swift, counsel for Defendant/Counter-Plaintiff David Lam, kindly accept this letter as a joint request on behalf of all parties that the Court utilize the scheduled May 9, 2017 case management conference as a **settlement conference** as well. If the Court is agreeable, counsel will advise the parties that their attendance is necessary at the conference for the purposes of discussing a potential settlement.

Thank you for your attention to this matter. Please contact my office with any questions or concerns.

*So Ordered* [signature]

*The Conference will commence at 9:30am on May 9, 2017.*

Respectfully submitted.

/s/Jonathan F. Cohen
Jonathan F. Cohen

cc:    Ryan Eng (via email)
        Eric Wong (via email)