| | |
|---|---|
| NGEN SMOKE L.L.C., et al., : | |
| : | UNITED STATES DISTRICT COURT |
| Plaintiff(s), : | DISTRICT OF NEW JERSEY |
| : | |
| v. : | Civil Action No. (17-1340) (PGS) |
| : | |
| DAVID LAM, : | **ORDER** |
| : | |
| Defendant(s). : | |

**THIS MATTER** having come before the Court during a telephone status conference on October 12, 2017; and the Court having conferred with counsel concerning the status of an independent audit; and good cause appearing for the entry of the within Order;

**IT IS on this 13th day of October, 2017**

**ORDERED THAT:**

1. This action is hereby stayed pending completion of the parties' independent audit

2. The Clerk of Court shall administratively terminate the action subject to reinstatement upon the written request of any party.

3. The Court will conduct a telephone status conference on December 11, 2017 at 3:30 P.M. Defense counsel will initiate the call.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**