| | |
|---|---|
| **NGEN SMOKE, LLC, et.als.,** | : |
| **Plaintiffs,** | : **UNITED STATES DISTRICT COURT**<br>: **DISTRICT OF NEW JERSEY** |
| **v.** | : **Civil Action No. 17- 1340 (PGS)** |
| **DAVID LAM,** | : **REVISED SCHEDULING ORDER** |
| **Defendant.** | : |

**THIS MATTER** having come before the Court for a telephone status conference on December 11, 2017; and the Court having conferred with counsel concerning the status of discovery; and good cause appearing for the entry of this Order:

**IT IS on this 14th day of December, 2017**

**ORDERED THAT:**

1. The stay of this action [dkt. no. 16] is vacated and it is restored to the Court's active docket.

2. The parties' written discovery requests must be served by **January 5, 2018**.

3. All parties must conduct discovery expeditiously and diligently. In addition, all discovery conducted must be proportional to the needs of the case considering the factors set forth in Fed. R. Civ. P. 26(b)(1).

4. The deadline to complete fact discovery is extended to **April 30, 2018**. No discovery is to be issued or conducted after this date.

5. No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. *See* Fed.R.Civ.P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

6. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court. *See* L.Civ.R. 16.1(f)(1). Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

7.  The Court will conduct a telephone status conference on **April 9, 2018 at 3:00 PM.** Plaintiffs' counsel must initiate the call to 609-989-2144. During the call the Court will set a schedule for expert discovery and/or dispositive motions

8.  Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

9.  The Court may from time to time schedule conferences as may be required, either *sua sponte* or at the request of a party. Failure to appear at such conferences, or to comply with the terms of this or any Court Order, may result in the imposition of sanctions.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**