## LAW OFFICES OF
## WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *

WILLIAM YANG ‡
ANTONY LEMBERSKY *
NATALYA RUTCHYK*
EFRAIM LIPSCHUTZ‡

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

*ORDER*

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

\* MEMBER NY & NJ BARS
# MEMBER NJ BAR
‡ MEMBER NY BAR

March 15, 2018

RECEIVED
MAR 15 2018
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**VIA ECF DELIVERY**
Hon. Douglas E. Arpert
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:   *Ngen Smoke LLC et al. v. David Lam*
      Case No.: 3:17-cv-01340 (PGS-DEA)

Dear Judge Arpert:

The Parties hereby jointly request that the Court adjourn the status conference currently scheduled for April 9, 2018 to a date in May 2018, as well as expand the time-period for discovery disclosure.

The reason for the request is 1) Antony Lembersky is taking over the above action for Alycia Swift and needs time to familiarize himself with the action, 2) Defendant Lam was, and still is, bedridden with an infection, and needs to recuperate, and when healthy, meet with Mr. Lembersky to go over the case and prepare documents for discovery, and, accordingly, 3), both Parties need additional time to complete fact discovery, and potentially expert witness discovery.

If the Court has questions for the parties before deciding this joint application, please do not hesitate to e-mail or telephone counsel.

\* The telephone status conference set for April 9, 2018 is rescheduled to May 9, 2018 at 3:30PM. Plaintiffs' counsel must initiate the call. Counsel must submit a joint discovery status report and proposed case management order at least 48 hours in advance of the conference.   So Ordered—

Arpert USMJ

Respectfully Submitted,

| | |
|---|---|
| Wong, Wong & Associates, P.C. | Plosia Cohen |
| s/ Antony Lembersky | s/ Jonathan Cohen |
| Antony Lembersky, Esq. | Jonathan Cohen, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| 150 Broadway, Suite 1588 | 385 Route 24, Suite 3G |
| New York, NY 10038 | Chester, New Jersey 07930 |
| Tel.: (212) 566-8080 | Tel: (908).888.2547 |
| Fax: (212) 566-8960 | Fax: 908.888.2548 |