LAW OFFICES OF
# WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *
_____
WILLIAM YANG ‡
ANTONY LEMBERSKY *
NATALYA RUTCHYK*
EFRAIM LIPSCHUTZ‡
TOMMY LI‡

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

* MEMBER NY & NJ BARS
# MEMBER NJ BAR
‡ MEMBER NY BAR

May 7, 2018

**VIA ECF DELIVERY**
Hon. Douglas E. Arpert
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

      Re:   *Ngen Smoke LLC et al. v. David Lam*
            Case No.: 3:17-cv-01340 (PGS-DEA)

Dear Judge Arpert:

The Parties hereby file the joint status letter pursuant to the March 19, 2018 directive [ECF Doc. No. 20].

The Plaintiffs represents that they will respond to discovery production by May 11, 2018.

Defendant represents that he was delayed in his discovery production for the reasons set forth in the March 15, 2018 letter [ECF Doc NO. 19]. Defendant represents that he is working on production and will respond to Plaintiffs' discovery requests by June 1st, 2018.

Due to the need to review discovery, and follow up on deficiencies, depositions are not expected to begin before August 2018.

The Parties will be available for the scheduled telephone conference on May 9, 2018 at 3:30 p.m.

Respectfully Submitted,

| | |
|---|---|
| Wong, Wong & Associates, P.C. | Plosia Cohen |
| s/ Antony Lembersky | s/ Jonathan Cohen |
| Antony Lembersky, Esq. | Jonathan Cohen, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| 150 Broadway, Suite 1588 | 385 Route 24, Suite 3G |
| New York, NY 10038 | Chester, New Jersey 07930 |
| Tel.: (212) 566-8080 | Tel: (908).888.2547 |
| Fax: (212) 566-8960 | Fax: 908.888.2548 |