

# Plosia Cohen
LAW FIRM

*Mail To:*

| | | |
|---|---|---|
| James L. Plosia Jr.<br>Jonathan F. Cohen<br>Joseph D. Youssouf*<br>David J. Ulric<br><br>*Of Counsel | Chester Woods Complex<br>385 Route 24, Suite 3G<br>Chester, NJ 07930<br>(908) 888-2547 (p)<br>(908) 888-2548 (f)<br>www.pclawnj.com | Monmouth County Office:<br>P.O. Box 809<br>Manalapan, NJ 07726<br>(732) 972-3010 |

Writer's email: jcohen@pclawnj.com

June 24, 2019

*Via CM/ECF*
Honorable Peter G. Sheridan, U.S.D.C.J.
United States District Court of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 4050
402 E. State Street
Trenton, New Jersey 08608

    Re:   Ngen Smoke LLC, et al. v. David Lam
           Case No.: 3:17-cv-01340-PGS-DEA

SO ORDERED: /s/ Peter G. Sheridan
DATED: 7/15/19

Dear Judge Sheridan:

    This firm represents the Plaintiffs Ryan Eng, Eric Wong and Ngen Smoke LLC ("Plaintiffs"). **Kindly accept this letter as a joint request to carry the pending Motion for Rule 60(b) Relief one Motion cycle, from July 15, 2019 to August 5, 2019.** Today I received a call from attorney Efraim Lipschutz, Esq., from the law offices of Wong, Wong & Associates. Mr. Lipschutz advised me that his firm has not yet completed the process to be e-filers on the CM/ECF system, insofar as those attorneys who had been e-filers have since left the law firm. Additionally, defense counsel advised me that they needed additional time to familiarize themselves with the file and to answer the Motion. For this reason, Plaintiffs have consented to Defendant's request and, in the interest of fairness, submit that the Court should carry the Motion until August 5, 2019.

    Thank you for your courtesies.

                                              Sincerely yours,

                                              /s/ Jonathan F. Cohen
                                              Jonathan F. Cohen

JFC:CAP
cc:    Raymond H. Wong, Esq. (via fax and email)