**WONG, WONG & ASSOCIATES, P.C.**
Raymond H. Wong, Esq.
150 Broadway, Suite 1588
New York, New York 10038
(212) 566-8080
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY – TRENTON

| | |
|---|---|
| NGEN SMOKE LLC, RYAN ENG, and ERIC WONG,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID LAM,<br><br>Defendant. | Civil Action No. 3:17-cv-01340 PGS-DEA |

To:   The Clerk of this Court and all parties of record:

I certify that I am admitted and authorized to practice in this Court, and appear on behalf of David Lam.

Dated: June 20, 2019

                                          WONG, WONG & ASSOCIATES, P.C.

                                          By: _____
                                                Raymond H. Wong
                                                *Attorneys for Defendant*
                                                150 Broadway, Suite 1588
                                                New York, NY 10038
                                                Tel.: (212) 566-8080
                                                Fax: (212) 566-8960