

• LIVE TV

## San Francisco mayor signs ban on e-cigarette sales

By Michael Nedelman, CNN

Updated 3:53 PM ET, Mon July 1, 2019



Source: CNN

**San Francisco first city to ban sale of e-cigarettes** 01:45

**(CNN)** — San Francisco Mayor London Breed has signed an ordinance that effectively bans e-cigarette sales within the city -- the first of its kind in the United States.

This comes after the city's board of supervisors passed the measure unanimously last Tuesday. Breed signed the ordinance on Friday, the mayor's office confirmed Monday.

The policy will take another seven months to become fully implemented. According to the measure, the policy becomes "effective" 30 days after being signed, and it becomes "operative" six months after that.



The ordinance says "no person shall sell or distribute an electronic cigarette to a person in San Francisco" unless that product has undergone premarket review by the US Food and Drug Administration. To date, none have.

This includes sales in brick-and-mortar stores, as well as online sales shipped to a San Francisco address. The ordinance also applies to flavored tobacco products in addition to e-cigarettes.

By using this site, you agree to our updated Privacy Policy and our Terms of Use.



health experiment

"There is so much we don't know about the health impacts of these products, but we do know that e-cigarette companies are targeting our kids in their advertising and getting them hooked on addictive nicotine products," she said.



**Related Article:** Half of tobacco and vape shops don't ID teens, undercover research finds

This puts San Francisco -- where leading e-cig maker Juul Labs is headquartered -- at the center of a heated debate. City officials have cited vapes' popularity among youth as a key reason for introducing these measures. But critics of the ordinance say it could harm businesses and remove what some groups describe as a less-harmful alternative for adult smokers.

The policy also sets the stage for what could be a longer clash over e-cig regulation. Juul is behind a ballot initiative that experts worry could roll back the city ordinance if voters approve it in upcoming elections.

In a statement last week, Juul spokesman Ted Kwong described Juul's plans to support "new strict regulation and enforcement, instead of prohibition." The company's proposals include electronic age verification technology, limiting the amount of the product that can be purchased at one time, and city permits for online sellers of vaping products. The company says it has already amassed the signatures required to move forward.

### Get CNN Health's weekly newsletter

Sign up here to get **The Results Are In with Dr. Sanjay Gupta** every Tuesday from the CNN Health team.

While Kwong said last week the city ban on sales would "drive former adult smokers who successfully switched to vapor products back to deadly cigarettes, deny the opportunity to switch for current adult smokers, and create a thriving black market instead of addressing the actual causes of underage access and use," the company maintains it has taken action to limit kids from using its products. Juul said it intends to continue working with policymakers and community members on regulatory measures.

Search CNN...

US

World

Politics

Business

By using this site, you agree to our updated Privacy Policy and our Terms of Use.



● LIVE TV

Entertainment

Tech

Style

Travel

Sports

Videos

Coupons

More



FOLLOW CNN

  

Terms of Use   Privacy Policy   Accessibility & CC   AdChoices   About Us   CNN Studio Tours   CNN Store   Newsletters

Transcripts   License Footage   CNN Newsource   Sitemap

© 2019 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

By using this site, you agree to our updated Privacy Policy and our Terms of Use.