# Plosia Cohen
LAW FIRM

*Mail To:*

| | | |
|---|---|---|
| James L. Plosia Jr.<br>Jonathan F. Cohen<br>Joseph D. Youssouf*<br>David J. Ulric<br><br>*Of Counsel | Chester Woods Complex<br>385 Route 24, Suite 3G<br>Chester, NJ 07930<br>(908) 888-2547 (p)<br>(908) 888-2548 (f)<br>www.pclawnj.com | Monmouth County Office:<br>P.O. Box 809<br>Manalapan, NJ 07726<br>(732) 972-3010 |

Writer's email: jcohen@pclawnj.com

July 26, 2019

*Via CM/ECF*
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 4050
402 E. State Street
Trenton, New Jersey 08608

Re: Ngen Smoke LLC, et al. v. David Lam
Case No.: 3:17-cv-01340-PGS-DEA

SO ORDERED: /s/ Peter G. Sheridan
DATED: 7/29/19

Dear Judge Sheridan:

This firm represents the Plaintiffs Ryan Eng, Eric Wong and Ngen Smoke LLC ("Plaintiffs"). **Kindly accept this letter as a joint request to carry the pending Motion for Rule 60(b) Relief one additional Motion cycle, from August 5, 2019 to August 19, 2019.** I am pleased to report that the parties have agreed to reengage in a settlement conference to be set down within the next week or so. Both sides are hopeful that the issues that gave rise to Plaintiff's Rule 60 Motion can be worked out between the parties amicably, thereby avoiding the need to fully adjudicate the Motion. Should the Court grant this request, Plaintiffs' reply brief will be due on August 12, 2019.

Thank you for your courtesies.

Sincerely yours,

/s/ Jonathan F. Cohen
Jonathan F. Cohen

JFC:CAP
cc: Raymond H. Wong, Esq. (via efiling)