```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       Minutes of Proceedings
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                    Date: October 1, 2019

Court Reporter: Frank Gable


TITLE OF CASE:                              CIVIL 17-1340 (PGS)
NGEN SMOKE LLC, et al

    vs.
DAVID LAM

APPEARANCES:

JONATHAN F. COHEN, Esq for Plaintiffs

ARDINEZ DOMGJONO, Esq for Defendant

NATURE OF PROCEEDINGS:

Hearing on motion [40] by Ryan Eng, Ngen Smoke LLC and Eric Wong to Set Aside Judgment under Rule 60(b).
Order motion reserved.


TIME COMMENCED:   1:30 PM              Dolores J. Hicks
TIME ADJOURNED:   1:50 PM              /Deputy Clerk
TOTAL TIME:       0:20